```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

COREY LAMONT RADLEY          ]
     Petitioner,             ]
                             ]
v.                           ]          No. 3:03-0716
                             ]          Judge Campbell
WARDEN KEVIN MYERS           ]
     Respondent.             ]


                            O R D E R


     The Court has before it a Report and Recommendation (Docket Entry No.33) from the Magistrate Judge in which he recommends that the petitioner's § 2254 habeas corpus petition be denied and that this action should be dismissed. The petitioner has filed timely objections (Docket Entry No. 34) to the Report and Recommendation.

     The Court has considered the Report and Recommendation and reviewed the record *de novo* and finds that the petitioner's objections lack merit. Therefore, the petitioner's objections are OVERRULED. The Report and Recommendation is ADOPTED AND APPROVED in all respects. The petition (Docket Entry No.1) for habeas corpus relief is DENIED and this action is hereby DISMISSED.

     Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an application for a Certificate of Appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner is unable to make a substantial showing of the

denial of a constitutional right.

It is so ORDERED.

                                                          /s/ Todd Campbell
Todd Campbell
United States District Judge